■ JONATHAN LAMACCHIA et al., Respondents, v CITY OF NEW ROCHELLE, Defendant, and NEW ROCHELLE CITY SCHOOL DISTRICT, Appellant. [847 NYS2d 479]—In an action to recover damages for personal injuries, etc., the defendant New Rochelle City School District appeals from an order of the Supreme Court, Westchester County (Smith, J.), dated December 5, 2006, which denied its motion for summary judgment dismissing the complaint insofar as asserted against it.

Ordered that the order is affirmed, with costs.

As the Supreme Court correctly found, in opposition to the

appellant's prima facie showing the plaintiffs raised triable issues of fact sufficient to warrant the denial of the appellant's summary judgment motion (*see Mirand v City of New York*, 84 NY2d 44, 49-51 [1994]; *Smith v Poughkeepsie City School Dist.*, 41 AD3d 579, 580 [2007]). Crane, J.P., Florio, Angiolillo and Carni, JJ., concur.